██ CENTER ARMORY ASSOCIATES, LLC, Respondent, v ABJ FIRE PROTECTION Co., INC., Appellant. [748 NYS2d 305] —Appeal from an order of Supreme Court, Onondaga County (Stone, J.), entered November 30, 2001, which denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Stone, J. Present—Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.